No. 447. SPRUILL v. TEMPLE BAPTIST CHURCH. October 16, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 458. UNITED STATES EX REL. SINGER v. RAGEN, WARDEN. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 477. DOBRY v. OLSON, WARDEN. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

No. 233. TAYLOR v. SQUIER, WARDEN. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied for the reason that the case is moot. *Adrian C. Taylor, pro se. Solicitor General Fahy* for respondent.